UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO<br><br>RECORDING INDUSTRY ASSOCIATION OF AMERICA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.1:18-mc-00090 (JEB)<br><br>Related Action:<br><br>*UMG Recordings, Inc., et al. v. Grande Communications Networks LLC*, No. 1:17-cv-00365-LY (W.D. Tex.) |

## **ORDER**

This matter comes before the Court on Movant Grande Communications Networks LLC's Motion to Compel the Recording Industry Association of America to comply with a subpoena issued pursuant to Rule 45 of the Federal Rules of Civil Procedure. Having reviewed the pleadings, the record, and the arguments of counsel, it is hereby ORDERED that the Motion is granted.

It is ORDERED that the Recording Industry Association of America shall fully comply with the subpoena, including through the production of all categories of documents and information requested in the subpoena and referenced in the Motion, within seven days of the date of this Order.

Dated: _____, 2018      _____
                                     Judge, United States District Court
                                     District of Columbia

964965v.1