# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**In Re Subpoena To**

**Case Number: 1:18-mc-00090 (JEB)**

**Recording Industry Association of America**

## AFFIDAVIT OF SERVICE

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Grande Communication Networks LLC's Motion to Compel, Order, and Grande Communication Networks LLC's Corporate Disclosure Statement in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/12/2018 at 11:30 AM, I served Recording Industry Association of America, c/o Registered Agent, Corporation Services Company with the Grande Communication Networks LLC's Motion to Compel, Order, and Grande Communication Networks LLC's Corporate Disclosure Statement at CSC, 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Amanda Barnes, Litigation Management Representative, authorized to accept service.

Amanda Barnes is described herein as:

Gender: Female   Race/Skin: Black   Age: 23   Weight: 150   Height: 5'5"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true.

7/12/18
_____
Executed On

Mark A. Russell, Jr.

Client Ref Number:N/A
Job #: 1547950

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050