IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | § | |
| | § | |
| V. | § | CAUSE NO. A-17-CA-365-LY |
| | § | CAUSE NO. A-18-MC-613-LY |
| GRANDE COMMUNICATIONS | § | |
| NETWORKS, LLC, and PATRIOT | § | |
| MEDIA CONSULTING, LLC | § | |

## ORDER

Before the Court is Grande's Motion to Compel (Dkt. No. 1) filed in *In Re: Subpoena to Recording Industry Association of America*, Cause No. A-18-MC-613-LY. The Court ORDERS that Grande's Motion to Compel BE FILED in *UMG Recordings Inc., et al. v. Grande Communications Networks, LLC*, Cause No. A-17-CA-365-LY and FURTHER ORDERS that Cause No. A-18-MC-613-LY BE CLOSED.

SIGNED this 15th[th] day of August, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE